## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): 14-3406                                     Caption [use short title]

Motion for: Voluntary dismissal of appeals.    NML Capital, Ltd. v. Republic of Argentina

Set forth below precise, complete statement of relief sought:

The Republic voluntarily moves to dismiss
its appeals from the August 1 and August 4,
2014 Orders of the district court.

MOVING PARTY: Republic of Argentina                OPPOSING PARTY: NML Capital, Ltd.

☐ Plaintiff          ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: Carmine D. Boccuzzi        OPPOSING ATTORNEY: Robert A. Cohen

[name of attorney, with firm, address, phone number and e-mail]

Cleary Gottlieb Steen & Hamilton LLP        Dechert, LLP

1 Liberty Plaza, New York, NY 10006        1095 Avenue of the Americas, New York, NY 10036-6797

(212) 225-2000; cboccuzzi@cgsh.com        (212) 698-3599; robert.cohen@dechert.com

Court-Judge/Agency appealed from: Hon. Thomas P. Griesa / S.D.N.Y.

**Please check appropriate boxes:**                    **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):   Has request for relief been made below?            ☐ Yes ☐ No
☑ Yes ☐ No (explain): _____   Has this relief been previously sought in this Court?   ☐ Yes ☐ No
                                                Requested return date and explanation of emergency: ____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response?
☐ Yes ☐ No ☑ Don't Know

Is oral argument on motion requested?   ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Carmine D. Boccuzzi    Date: 10/21/2014        Service by: ☑ CM/ECF    ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------X

NML CAPITAL, LTD.,

               Plaintiff-Appellee,

      - v. -

REPUBLIC OF ARGENTINA,

               Defendant-Appellant.

No. 14-3233 (L)
No. 14-3235 (L)
No. 14-3292 (L)
No. 14-3395 (L)
No. 14-3406 (L)
No. 14-3459 (L)

-------------------------------------------------------X

AURELIUS CAPITAL MASTER, LTD.,

               Plaintiff-Appellee,

      - v. -

REPUBLIC OF ARGENTINA,

               Defendant-Appellant.

No. 14-3227 (L)
No. 14-3228 (L)
No. 14-3269 (L)
No. 14-3300 (L)
No. 14-3303 (L)
No. 14-3457 (L)
No. 14-3465 (L)
No. 14-3477 (L)
No. 14-3484 (L)
No. 14-3488 (L)
No. 14-3498 (L)

-------------------------------------------------------X

AURELIUS OPPORTUNITIES FUND II,

               Plaintiff-Appellee,

      - v. -

REPUBLIC OF ARGENTINA,

               Defendant-Appellant.

No. 14-3358 (L)

*(captions continue on*
-------------------------------------------------------X *following page)*

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEALS OF
DEFENDANT-APPELLANT THE REPUBLIC OF ARGENTINA**

```
-------------------------------------------------------- X
                                                         :
BLUE ANGEL CAPITAL I LLC,                                :
                                                         :   No. 14-3305 (L)
                               Plaintiff-Appellee,       :   No. 14-3379 (L)
                                                         :   No. 14-3383 (L)
                    - v. -                               :   No. 14-3441 (L)
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                               Defendant-Appellant.      :
                                                         :
                                                         :
-------------------------------------------------------- X
                                                         :
OLIFANT FUND, LTD.,                                      :
                                                         :   No. 14-3302 (L)
                               Plaintiff-Appellee,       :   No. 14-3436 (L)
                                                         :
                    - v. -                               :
                                                         :
REPUBLIC OF ARGENTINA,                                   :
                                                         :
                               Defendant-Appellant.      :
                                                         :
                                                         :
-------------------------------------------------------- X
                                                         :
VARELA,                                                  :
                                                         :
                               Plaintiff-Appellee,       :   No. 14-3410 (L)
                                                         :   No. 14-3423 (L)
                    - v. -                               :
                                                         :
REPUBLIC OF ARGENTINA,                                   :
                                                         :
                               Defendant-Appellant.      :
-------------------------------------------------------- X
```

On September 19, 2014, this Court dismissed for lack of appellate jurisdiction appeals by the Republic of Argentina (the "Republic") and Citibank, N.A. from a district court Order dated July 28, 2014 (the "July 28 Order"). *See* Order, *Aurelius Capital Master, Ltd. v. Republic of Argentina*, No. 14-2689-cv(L) (2d Cir. Sept. 19, 2014) ("Clarification Order") (Ex. A[1]). The July 28 Order directed that Citibank, N.A. could not process payments due after July 30, 2014 on certain Republic indebtedness governed by Argentine law ("Argentine Law Bonds"). *See* Order at 3, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (S.D.N.Y. July 28, 2014) (Ex. B). The Court held that the July 28 Order was an unappealable order clarifying – rather than modifying – certain injunctions previously entered by the district court. *See* Clarification Order at 1 (Ex. A). The Court added that "nothing in this Court's order is intended to preclude Citibank from seeking further relief from the district court." *Id.* at 2. Citibank thereafter sought such further relief, and those proceedings are ongoing in the court below.

The appeals here stem from related district court Orders, dated August 1 and August 4, 2014 (the "Related Orders"), that similarly directed Euroclear Bank SA/NV, Clearstream Banking S.A., and JPMorgan Chase Bank, N.A. – entities that receive Argentine Law Bond funds downstream of Citibank, N.A. – not to transfer funds received in connection with Argentine Law Bond payments

_____

[1] All exhibits are attached to the Declaration of Carmine D. Boccuzzi, dated October 21, 2014.

due after July 30, 2014.  *See* Euroclear & Clearstream Order at 2, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (S.D.N.Y. Aug. 1, 2014) (Ex. C); *See* JPMorgan Order at 2, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (S.D.N.Y. Aug. 4, 2014) (Ex. D).  The Republic appealed from the Related Orders to forestall any assertions of waiver in the event that any portion of the July 28 Order were reversed on appeal.

In light of the Court's dismissal of the appeals from the July 28 Order and the current, ongoing proceedings in the district court concerning the transfer of payments on the Argentine Law Bonds received by Citibank, N.A. and the other above-mentioned entities, the Republic hereby voluntarily moves pursuant to Rule 42(b) to dismiss these appeals.

Dated: New York, New York      Respectfully submitted,
      October 21, 2014

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By:_____/s/ Carmine Boccuzzi_____
    Jonathan I. Blackman
    (jblackman@cgsh.com)
    Carmine D. Boccuzzi
    (cboccuzzi@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000
Attorneys for the Republic of Argentina

2

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------X

NML CAPITAL, LTD.,

                 Plaintiff-Appellee,

         - v. -

REPUBLIC OF ARGENTINA,

                 Defendant-Appellant.

              No. 14-3233 (L)
              No. 14-3235 (L)
              No. 14-3292 (L)
              No. 14-3395 (L)
              No. 14-3406 (L)
              No. 14-3459 (L)

------------------------------------------------------------ X

AURELIUS CAPITAL MASTER, LTD.,

                 Plaintiff-Appellee,

         - v. -

REPUBLIC OF ARGENTINA,

                 Defendant-Appellant.

              No. 14-3227 (L)
              No. 14-3228 (L)
              No. 14-3269 (L)
              No. 14-3300 (L)
              No. 14-3303 (L)
              No. 14-3457 (L)
              No. 14-3465 (L)
              No. 14-3477 (L)
              No. 14-3484 (L)
              No. 14-3488 (L)
              No. 14-3498 (L)

------------------------------------------------------------ X

AURELIUS OPPORTUNITIES FUND II,

                 Plaintiff-Appellee,

         - v. -

REPUBLIC OF ARGENTINA,

                 Defendant-Appellant.

              No. 14-3358 (L)

*(captions continue on following page)*

------------------------------------------------------------ X

**DECLARATION OF CARMINE D. BOCCUZZI IN SUPPORT OF
UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEALS OF
DEFENDANT-APPELLANT THE REPUBLIC OF ARGENTINA**

```
-------------------------------------------------- X
                                                   :
BLUE ANGEL CAPITAL I LLC,                           :
                                                   :   No. 14-3305 (L)
                          Plaintiff-Appellee,      :   No. 14-3379 (L)
                                                   :   No. 14-3383 (L)
                 - v. -                            :   No. 14-3441 (L)
                                                   :
THE REPUBLIC OF ARGENTINA,                          :
                                                   :
                          Defendant-Appellant.      :
                                                   :
                                                   :
-------------------------------------------------- X
                                                   :
OLIFANT FUND, LTD.,                                 :
                                                   :   No. 14-3302 (L)
                          Plaintiff-Appellee,       :   No. 14-3436 (L)
                                                   :
                 - v. -                            :
                                                   :
REPUBLIC OF ARGENTINA,                              :
                                                   :
                          Defendant-Appellant.      :
                                                   :
-------------------------------------------------- X
                                                   :
VARELA,                                             :
                                                   :   No. 14-3410 (L)
                          Plaintiff-Appellee,       :   No. 14-3423 (L)
                                                   :
                 - v. -                            :
                                                   :
REPUBLIC OF ARGENTINA,                              :
                                                   :
                          Defendant-Appellant.      :
-------------------------------------------------- X
```

Pursuant to 28 U.S.C. § 1746, Carmine D. Boccuzzi declares as follows:

1.      I am an attorney admitted to practice before this Court and a partner at Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant the Republic of Argentina (the "Republic") in these matters.  I submit this declaration on behalf of the Republic in support of its motion to voluntarily dismiss the appeals in the above-captioned actions.

2.      Attached to this declaration as Exhibits A-D are true and correct copies of the following documents:

| Ex. | Document |
|-----|----------|
| A | Order, *Aurelius Capital Master, Ltd. v. Republic of Argentina*, No. 14-2689-cv(L) (2d Cir. Sept. 19, 2014); |
| B | Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (S.D.N.Y. July 28, 2014); |
| C | Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (S.D.N.Y. Aug. 1, 2014); |
| D | Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (S.D.N.Y. Aug. 4, 2014). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2014, in New York, New York.

                                                     /s/ Carmine Boccuzzi
                                                    CARMINE D. BOCCUZZI

# EXHIBIT A

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand fourteen.

Present:     Rosemary S. Pooler,
             Barrington D. Parker,
             Reena Raggi,
                  *Circuit Judges*.

_____

| | |
|---|---|
| Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., NML Capital, Ltd., Olifant Fund, LTD., Blue Angel Capital I LLC, Pablo Alberto Varela, Lila Ines Burgueno, Mirta Susana Dieguez,Maria Evangelina Carballo, Leandro Daniel Pomilio, Susana Aquerreta, Maria Elena Corral, Teresa Munoz De Corral, Norma Elsa Lovorato, Carmen Irma Lavorato, Cesar Ruben Vazquez, Norma Haydee Gines, Martz Azucena Vazquez, | AMENDED ORDER<br><br>Nos: 14-2689, 14-2691, 14-2693, 14-2692, 14-2696, 14-2698, 14-2697, 14-2700, 14-2699, 14-2703, 14-2701, 14-2704, 14-2702, 14-2705, 14-2709, 14-2711, 14-2713, 14-2714, 14-2715, 14-2718, 14-2722, 14-2723, 14-2724, 14-2728, 14-2732, 14-2736 |

*Plaintiffs - Appellees,*

v.

The Republic of Argentina,

*Defendant - Appellant,*

Citibank, N.A.,

*Movant - Interested Party-Appellant.*

_____

The Republic of Argentina and Citibank, N.A. appeal from the July 28, 2014 order (the "Order") of the United States District Court for the Southern District of New York (Griesa, *J.*) clarifying that certain bonds issued by the Republic of Argentina are Exchange Bonds subject to the district court's Amended February 23, 2012 Order.

SAO-JVR

We decline to find jurisdiction because the Order appealed from is a clarification, not a modification, of the Amended February 23, 2012 Order. *See Weight Watchers Int'l , Inc. v. Luigino's*, 423 F.3d 137 (2d Cir. 2005). However, nothing in this Court's order is intended to preclude Citibank from seeking further relief from the district court.

It is hereby ORDERED that the above appeals are DISMISSED for lack of jurisdiction.

The mandate shall issue forthwith.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
                               :

NML CAPITAL, LTD.,               :

            Plaintiff,      :

                               :     08 Civ. 6978 (TPG)

     – against –          :     09 Civ. 1707 (TPG)
                               :     09 Civ. 1708 (TPG)

THE REPUBLIC OF ARGENTINA,  :
                               :

           Defendant.     :
                               :
------------------------------------------------x
                               :

AURELIUS CAPITAL MASTER, LTD. and :
ACP MASTER, LTD.,       :

                               :     09 Civ. 8757 (TPG)
          Plaintiffs,    :     09 Civ. 10620 (TPG)

     – against –          :

THE REPUBLIC OF ARGENTINA,  :
                               :

           Defendant.     :
                               :
------------------------------------------------x
                               :

AURELIUS OPPORTUNITIES FUND II, :
LLC and AURELIUS CAPITAL MASTER, :
LTD.,               :     10 Civ. 1602 (TPG)
                               :     10 Civ. 3507 (TPG)
          Plaintiffs,    :     10 Civ. 3970 (TPG)
                               :     10 Civ. 8339 (TPG)
     – against –          :

THE REPUBLIC OF ARGENTINA,  :
                             :    **(captions continued on**
          Defendant.    :     **next page)**
                               :
------------------------------------------------x

```
--------------------------------------x
                                      :
BLUE ANGEL CAPITAL I LLC,             :
                                      :
                 Plaintiff,           :      10 Civ. 4101 (TPG)
                                      :      10 Civ. 4782 (TPG)
          – against –                 :
                                      :
THE REPUBLIC OF ARGENTINA,            :
                                      :
                 Defendant.           :
                                      :
--------------------------------------x
                                      :
OLIFANT FUND, LTD.,                   :
                                      :
                 Plaintiff,           :      10 Civ. 9587 (TPG)
                                      :
          – against –                 :
                                      :
THE REPUBLIC OF ARGENTINA,            :
                                      :
                 Defendant.           :
                                      :
--------------------------------------x
                                      :
PABLO ALBERTO VARELA, et al.,         :
                                      :
                 Plaintiffs,          :      10 Civ. 5338 (TPG)
                                      :
          – against –                 :
                                      :
THE REPUBLIC OF ARGENTINA,            :
                                      :
                 Defendant.           :
                                      :
--------------------------------------x
```

## ORDER

Before the court is plaintiffs' motion for partial reconsideration of the June 27, 2014 order granting Citibank, N.A.'s ("Citibank") motion for clarification (the "Citibank order"). At the hearing held on July 22, 2014, the parties raised—for the first time—new information regarding the exchange bonds paid through Citibank Argentina. Accordingly, the court reserved judgment on plaintiffs' motion. After the hearing, Citibank and the parties brought additional information to the court's attention. That information is as follows.

By letter dated July 23, 2014, Citibank advised the court that the Republic of Argentina (the "Republic") issued bonds pursuant to a settlement with Repsol YPF, S.A. in an unrelated case (the "Repsol bonds"), which have the same International Securities Identification Number ("ISIN") as the dollar-denominated exchange bonds paid through Citibank. That ISIN number is ARARGE03E113. As a result, Citibank cannot distinguish between the Repsol bonds and the dollar-denominated exchange bonds. In other words, the court cannot enjoin payment on the dollar-denominated exchange bonds without also upsetting the Repsol settlement.

Unfortunately, because of the July 30, 2014 expiration of the grace period, this issue demands the court's immediate attention. Accordingly, the court states the following.

3

The court does not wish to upset the settlement with Repsol. For this reason only, the court denies plaintiffs' motion for partial reconsideration at this time. Citibank may make payment on the interest due on the Repsol bonds and on both the peso- and dollar-denominated exchange bonds described in the Citibank order.

However, the court will only allow this one-time payment on the dollar-denominated exchange bonds. After July 30, 2014, the court will rescind the Citibank order with regard to the dollar-denominated exchange bonds. To avoid future confusion, the parties are directed to devise a way to distinguish between the Repsol bonds and the exchange bonds before the next interest payment is due.

SO ORDERED.

Dated: New York, New York
        July 28, 2014

                                        /s/ Thomas P. Griesa
                                         Thomas P. Griesa
                                         U. S. District Judge

# EXHIBIT C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

NML CAPITAL, LTD.,                    :

           Plaintiff,                 :      08 Civ. 6978 (TPG)
                                      :      09 Civ. 1707 (TPG)
                                      :      09 Civ. 1708 (TPG)
      v.                              :

THE REPUBLIC OF ARGENTINA,            :

           Defendant.                 :

-------------------------------------------------- x

AURELIUS CAPITAL MASTER, LTD. and     :
ACP MASTER, LTD.,                     :      09 Civ. 8757 (TPG)
                                      :      09 Civ. 10620 (TPG)
           Plaintiffs,                :

      v.                              :

THE REPUBLIC OF ARGENTINA,            :

           Defendant.                 :

-------------------------------------------------- x

AURELIUS OPPORTUNITIES FUND II, LLC   :
and AURELIUS CAPITAL MASTER, LTD.,    :      10 Civ. 1602 (TPG)
                                      :      10 Civ. 3507 (TPG)
           Plaintiffs,                :

      v.                              :

THE REPUBLIC OF ARGENTINA,            :

           Defendant.                 :

                                      :      (captions continued on next page)

-------------------------------------------------- x

## [PROPOSED] ORDER

2977543.3

```
-------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and         :
AURELIUS OPPORTUNITIES FUND II, LLC,      :        10 Civ. 3970 (TPG)
                                          :        10 Civ. 8339 (TPG)
                    Plaintiffs,           :
                                          :
            v.                            :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
                    Defendant.            :
-------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,                 :
                                          :
                    Plaintiff,            :        10 Civ. 4101 (TPG)
                                          :        10 Civ. 4782 (TPG)
            v.                            :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
                    Defendant.            :
-------------------------------------------- x
OLIFANT FUND, LTD.,                       :
                                          :
                    Plaintiff,            :        10 Civ. 9587 (TPG)
                                          :
            v.                            :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
                    Defendant.            :
-------------------------------------------- x
PABLO ALBERTO VARELA, et al.,             :
                                          :
                    Plaintiff,            :        10 Civ. 5338 (TPG)
                                          :
            v.                            :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
                    Defendant.            :
-------------------------------------------- x
```

2977543.3

WHEREAS on June 19, 2014, Citibank, N.A. ("Citibank") moved to clarify or modify the Amended February 23, 2012 Orders;

WHEREAS on June 27, 2014, the Court issued an Order (the "Citibank Order") granting Citibank's motion for clarification and permitting Citibank's Argentina branch to make payments on Peso-denominated bonds (the "Peso-denominated Bonds") and U.S. Dollar-denominated bonds (the "U.S. Dollar-denominated Bonds") that had been issued by the Republic of Argentina under Argentine law in 2005 and 2010;

WHEREAS on or about June 30, 2014, Citibank transferred to Euroclear Bank SA/NV ("Euroclear") and Clearstream Banking S.A. ("Clearstream") certain funds in U.S. Dollars with respect to payments due June 30, 2014 on the U.S. Dollar-denominated Bonds with the following International Securities Identification Numbers: ARARGE03E113 and ARARGE03G688 (the "Funds");

WHEREAS on or about June 30, 2014, Citibank transferred to Euroclear and Clearstream certain funds in Argentine Pesos with respect to payments due June 30, 2014 on the Peso-denominated Bonds;

WHEREAS on July 2, 2014, Euroclear moved to clarify the Amended February 23, 2012 Orders;

WHEREAS on July 7, 2014, Clearstream moved to clarify or modify the Amended February 23, 2012 Orders;

WHEREAS Plaintiffs moved for partial reconsideration of the Citibank Order and requested that the Court not allow payments with respect to the U.S. Dollar-denominated Bonds;

WHEREAS on July 28, 2014, the Court issued an Order with respect to Plaintiffs' motion for partial reconsideration, allowing a one-time payment on the U.S. Dollar-denominated Bonds and rescinding, after July 30, 2014, the Citibank Order with respect to the U.S. Dollar-denominated Bonds (the "July 28th Order");

**IT IS HEREBY CLARIFIED** that:

1.     The Amended February 23, 2012 Orders do not as a matter of law prohibit payments on the Peso-denominated bonds that were issued by the Republic of Argentina pursuant to the 2005 or 2010 Exchange Offers, and governed by Argentine law when issued, and which remain denominated in Pesos;

2.     Euroclear and Clearstream, like Citibank, are allowed to make a one-time payment in respect of the U.S. Dollar-denominated Bonds by transferring the Funds; and

3.     Any payments in respect of the U.S. Dollar-denominated Bonds, other than the transfers of Funds as set forth in paragraph 2 above, remain subject to the Amended February 23, 2012 Orders and the July 28th Order.

Dated: New York, New York
~~July ___, 2014~~
August 1, 2014

Thomas P. Griesa
United States District Judge

2

# EXHIBIT D

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
NML CAPITAL, LTD.,                                     :
                                                       :   08 Civ. 6978 (TPG)
                          Plaintiff,                   :   09 Civ. 1707 (TPG)
                                                       :   09 Civ. 1708 (TPG)
              v.                                       :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
                          Defendant.                   :
------------------------------------------------------- x
                                                       :
AURELIUS CAPITAL MASTER, LTD. and                      :
ACP MASTER, LTD.,                                      :   09 Civ. 8757 (TPG)
                                                       :   09 Civ. 10620 (TPG)
                          Plaintiffs,                  :
                                                       :
              v.                                       :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
                          Defendant.                   :
                                                       :
------------------------------------------------------- x
                                                       :
AURELIUS OPPORTUNITIES FUND II, LLC                    :
and AURELIUS CAPITAL MASTER, LTD.,                     :   10 Civ. 1602 (TPG)
                                                       :   10 Civ. 3507 (TPG)
                          Plaintiffs,                  :
                                                       :
              v.                                       :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
                          Defendant.                   :
                                                       :   (captions continued on next page)
------------------------------------------------------- x

[PROPOSED] ORDER RE: JPMCB (US DOLLAR
DENOMINATED, ARGENTINE LAW BONDS)

```
------------------------------------------------------- x
                                                         :
AURELIUS CAPITAL MASTER, LTD. and                        :
AURELIUS OPPORTUNITIES FUND II, LLC,                     :     10 Civ. 3970 (TPG)
                                                         :     10 Civ. 8339 (TPG)
                       Plaintiffs,                       :
                                                         :
            v.                                           :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                       Defendant.                        :
------------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,                                :
                                                         :
                       Plaintiff,                        :     10 Civ. 4101 (TPG)
                                                         :     10 Civ. 4782 (TPG)
            v.                                           :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                       Defendant.                        :
------------------------------------------------------- x
OLIFANT FUND, LTD.,                                      :
                                                         :
                       Plaintiff,                        :     10 Civ. 9587 (TPG)
                                                         :
            v.                                           :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                       Defendant.                        :
------------------------------------------------------- x
PABLO ALBERTO VARELA, et al.,                            :
                                                         :
                       Plaintiff,                        :     10 Civ. 5338 (TPG)
                                                         :
            v.                                           :
                                                         :
THE REPUBLIC OF ARGENTINA,                               :
                                                         :
                       Defendant.                        :
------------------------------------------------------- x
```

2977805.3

WHEREAS on June 19, 2014, Citibank, N.A. ("Citibank") moved to clarify or modify the Amended February 23, 2012 Orders;

WHEREAS on June 27, 2014, the Court issued an Order (the "Citibank Order") granting Citibank's motion for clarification and permitting Citibank's Argentina branch to make payments on U.S. Dollar-denominated bonds (the "U.S. Dollar-denominated Bonds") that had been issued by the Republic of Argentina under Argentine law in 2005 and 2010;

WHEREAS on or about June 30, 2014, Citibank transferred to Euroclear Bank SA/NV ("Euroclear") and Clearstream Banking S.A. ("Clearstream") certain funds in U.S. Dollars with respect to payments due June 30, 2014 on the U.S. Dollar-denominated Bonds with the following International Securities Identification Numbers ("ISINs"):  ARARGE03E113 and ARARGE03G688;

WHEREAS JPMorgan Chase Bank, N.A. ("JPMCB") understands that Euroclear and Clearstream will make available a portion of the above-described funds to Caja de Valores S.A. ("Caja"), which then will transfer such funds to an account at JPMCB in New York (the "Caja Funds"), and that JPMCB may also receive portions of the above-described funds directly and/or indirectly from Euroclear and Clearstream (the "Additional Funds" and together with the Caja Funds, the "Funds");

WHEREAS by letter dated July 24, 2014, JPMCB sought clarification from the Court regarding its duties under the Amended February 23 Orders with respect to the Funds;

2977805.3

WHEREAS Plaintiffs moved for partial reconsideration of the Citibank Order and requested that the Court not allow payments with respect to the U.S. Dollar-denominated Bonds; and

WHEREAS on July 28, 2014, the Court issued an Order with respect to Plaintiffs' motion for partial reconsideration, allowing a one-time payment on the U.S. Dollar-denominated Bonds (the "One-Time Payment") and rescinding, after July 30, 2014, the Citibank Order with respect to the U.S. Dollar-denominated Bonds (the "July 28th Order");

**IT IS HEREBY CLARIFIED** that:

1.      JPMCB is allowed to effectuate the One-Time Payment in respect of the U.S. Dollar-denominated Bonds by transferring the Funds.

2.      Any other person or entity in the payment chain of the One-Time Payment to and including the holders of beneficial interests that receives a portion of the funds constituting the One-Time Payment is permitted to transfer such funds. This permission applies only to payments due June 30, 2014 in respect of the U.S. Dollar denominated Bonds with ISINs ARARGE03E113 and ARARGE03G688.

3.      Any payments in respect of the U.S. Dollar-denominated Bonds, other than any transfers as set forth in paragraphs 1 and 2 above, remain subject to the Amended February 23, 2012 Orders and the July 28th Order.

Dated: New York, New York
       August 4, 2014

_Thomas P. Griesa_
Thomas P. Griesa
United States District Judge

2

2977805.3